# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N. Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

SEP 12 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12
```

September 12, 2012

**BY HAND DELIVERY**

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Shepard Fairey, 12-CR-180 (FM)

Dear Judge Maas:

I represent Shepard Fairey. I respectfully submit this letter to request that the Court (a) issue an Order allowing the Pretrial Services Department to return Mr. Fairey's passport (which was surrendered as part of his bail conditions); and (b) allow Mr. Fairey, as part of his probation, to make certain travel arrangements outside of his district of residence because he has not yet been assigned a probation officer from whom to seek permission.

**Return of Mr. Fairey's Passport.** After the sentencing, the Pretrial Services Department advised us that it would return Mr. Fairey's passport only upon receipt of a Court Order. Accordingly, we respectfully request that the Court "so order" this letter so that Mr. Fairey's passport may be returned to him. I have spoken with Assistant United States Attorney Daniel Levy, and he consents to this request.

**Travel.** While Mr. Fairey is on probation, he is required to obtain permission from his Probation Officer before traveling outside of the Central District of California, in which he lives. He hopes to gain permission to travel this weekend to South Carolina to attend a wedding that is taking place at his parent's house, but he has not yet been assigned a probation officer in California. Moreover, we understand from speaking to the Probation Department in the Southern District of New York that he will likely not be assigned a Probation Officer in California for a few weeks. Accordingly, I respectfully request that the Court grant Mr. Fairey permission to travel to South Carolina to attend the wedding. If such permission is granted, Mr. Fairey will fly to South Carolina on Thursday, September 13th and return to California on

LANKLER SIFFERT & WOHL LLP

The Honorable Frank Maas
September 11, 2012
Page 2

Tuesday, September 18th. He will stay with his parents. If Your Honor requests, we will provide itinerary details to the Court and/or the Probation Department.

Respectfully submitted,

Daniel M. Gitner

cc: AUSA Daniel Levy

So Ordered: /s/
9/14/12