## LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

SEP 28 2012

September 28, 2012

**BY HAND DELIVERY**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2012
```

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Shepard Fairey, 12-CR-180 (FM)**

Dear Judge Maas:

    I represent Shepard Fairey. Mr. Fairey was sentenced on September 7, 2012 to two years of probation, 300 hours of community service, and a $25,000 fine, which ne has paid. I respectfully submit this letter to request that the Court (a) issue an Order allowing Mr. Fairey to travel to London from October 7th to October 21st for an art show at which his art will be featured; and (b) issue an Order granting Mr. Fairey's probation officer the authority to approve Mr. Fairey's future travel requests. Mr. Fairey's probation officer, Anuja Gregg of the United States Probation Office for the Central District of California, suggested that we seek this Order, and the government has consented.

    **London Trip.** Mr. Fairey has a trip to London planned for a show of his work called Sound & Vision which will be exhibited at StolenSpace Gallery in London. I respectfully request that the Court grant Mr. Fairey permission to travel to London to attend the show. If such permission is granted, Mr. Fairey will fly to London on Sunday, October 7th and return to California on Sunday, October 21st. He will provide his contact information to his probation officer. I have spoken with Assistant United States Attorney Daniel Levy, and he consents to this request.

    **Future Travel Requests.** Mr. Fairey's probation officer asked him to seek an Order from this Court allowing her to grant Mr. Fairey's future travel requests, both domestically and internationally. According to Mr. Fairey's probation officer, unlike in the Southern District of New York, in the Central District of California the probation officer is not automatically vested

LANKLER SIFFERT & WOHL LLP

The Honorable Frank Maas
September 28, 2012
Page 2

with authority to grant travel requests. Mr. Fairey's probation officer informed him that she would have to seek permission from a court in California for each of his travel requests if this Court does not enter the requested Order. I have spoken with Assistant United States Attorney Daniel Levy, and he consents to this request.

Respectfully submitted,

Daniel M. Gitner

cc: AUSA Daniel Levy

Both requests are granted.

So Ordered: _____
9/28/12