# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701

SEP 19 2013

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/13

September 18, 2013

**BY HAND DELIVERY**

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Shepard Fairey, 12-CR-180 (FM)**

Dear Judge Maas:

    We represent Shepard Fairey and respectfully submit this letter in support of his application for early termination of his probation.

    On September 7, 2012, Your Honor sentenced Mr. Fairey to two years of probation, 300 hours of community service, and a $25,000 fine, after his guilty plea to contempt, in violation of 18 U.S.C. § 402, a Class B misdemeanor. In imposing the two-year sentence of probation, Your Honor stated: "I'm going to sentence you to two years of probation; but if you complete the hours of community service earlier, I will entertain an application to terminate your probation earlier, but only if you have already been on probation for at least one year." Sept. 7, 2012 Sentencing Tr. 27:13-17.

    Mr. Fairey has been on probation for over one year. He completed his 300 hours of community service on June 4, 2013. He paid the fine shortly after it was imposed. Accordingly, I respectfully request that the Court terminate Mr. Fairey's probation pursuant to 18 U.S.C. § 3564(c). Mr. Fairey's probation officer, Anuja Gregg of the United States Probation Office for the Central District of California, has confirmed that Mr. Fairey has satisfied all his probation

LANKLER SIFFERT & WOHL LLP

The Honorable Frank Maas
September 18, 2013
Page 2

conditions and has no objection to early termination of Mr. Fairey's probation. In addition, AUSA Michael Bosworth has informed me that the government takes no position with respect to this request.

Respectfully submitted,

Daniel M. Gitner

cc: AUSA Michael Bosworth
    Probation Officer Anuja Gregg

Application granted

So Ordered: _____
                        9/20/13